**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JEANNA GODWIN | : | JURY DEMANDED |
|  | : |  |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : | No.    22-1066 |
| GEORGE WASHINGTON HOTEL | : |  |
| CORPORATION | : |  |
|  | : |  |
| Defendants | : |  |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Incorporating by reference, her brief filed herewith, Plaintiff, Jeanna Godwin (hereinafter 'Plaintiff') hereby opposes the Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and for the reasons set forth in her Brief in Opposition to the Motion to Dismiss Plaintiff's First Amended Complaint, hereby respectfully requests this Honorable Court deny the Defendant's Motion.

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:   /s/Graham F. Baird
 **GRAHAM F. BAIRD, ESQUIRE**
 Two Penn Center
 1500 JFK Boulevard,  Suite 1240
 Philadelphia, PA 19110

 Attorney for Plaintiff, Jeanna Godwin

Date: November 7, 2022

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEANNA GODWIN | : | JURY DEMANDED |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No.    22-1066 |
| GEORGE WASHINGTON HOTEL | : | |
| CORPORATION | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

On November 7, 2022, the undersigned served the Plaintiff's Opposition to Defendant's Motion to Dismiss with Brief in Support and Proposed form of Order, via ECF upon the following counsel:

Anthony T. Gestrich
Whiteford Taylor Preston
11 Stanwix Street
Suite 1400
Pittsburgh, PA 15222

**LAW OFFICES OF ERIC A. SHORE, P.C.**

BY:   /s/Graham F. Baird
      **GRAHAM F. BAIRD, ESQUIRE**
Attorney for Plaintiff, Jeanna Godwin