**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEANNA GODWIN | : | JURY DEMANDED |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No.    22-1066 |
| GEORGE WASHINGTON HOTEL | : | |
| CORPORATION | : | |
| | : | |
| Defendants | : | |

**ORDER**

AND NOW, this _____ day of _____, 2022, after consideration

of the Defendant's Motion to Dismiss and Plaintiff's Response in Opposition thereto, it is hereby

ORDERED and DECREED that Defendant's Motion is hereby DENIED.


IT IS SO ORDERED:


_____
, U.S.M.J.