# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| JEANNA GODWIN | : | JURY DEMANDED |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No.   22-1066-PLD |
| THE GEORGE WASHINGTON HOTEL | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of _____, 2023, after consideration of the Defendant's Motion for Summary Judgment and Plaintiff's Response in Opposition thereto, it is hereby ORDERED and DECREED that Defendant's Motion for Summary Judgment is hereby DENIED.

BY THE COURT:

_____
HON. PATRICIA L. DODGE, U.S.M.J.