**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEANNA GODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | Civil Action No. 22-1066 |
| | ) | |
| | ) | Magistrate Judge Dodge |
| THE GEORGE WASHINGTON, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

And now, this 23rd day of August, 2023, for the reasons explained in the Memorandum Opinion, it is ORDERED that Defendant's motion for summary judgment (ECF No. 37) is GRANTED in part and DENIED in part.

Defendant's motion is GRANTED with respect to the statutory limitation on compensatory and punitive damages. Any award of compensatory and/or punitive damages to Plaintiff is limited to a cap of $50,000.00.

Defendant's motion is DENIED in all other respects.

BY THE COURT:

/s/ Patricia L Dodge
PATRICIA L. DODGE
United States Magistrate Judge