**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEANNA GODWIN**, <br><br> Plaintiff, <br><br> v. <br><br> **THE GEORGE WASHINGTON, LP**, <br><br> Defendant. | Case No. 2:22-cv-01066-PLD |

**RULE 41(a)(1)(a)(ii) JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), and upon stipulation of Defendant, Plaintiff hereby dismisses this action with prejudice, including all claims that were filed or could have been filed.

So stipulated on this 9th day of November 2023,

| | |
|---|---|
| */s/ Graham F. Baird* <br> Graham F. Baird <br> Pa I.D. No. 92692 <br> Law Office of Eric A. Shore <br> 2 Penn Center, Suite 1240 <br> 1500 JFK Boulevard <br> Philadelphia, PA  19102 <br> Tel: (267) 546-0131 <br> Counsel for Plaintiff | WHITEFORD TAYLOR & PRESTON, LLP <br><br> */s/ Anthony T. Gestrich* <br> Anthony T. Gestrich, Esquire <br> Pa. I.D. No. 325844 <br> Vivi Besteman, Esquire <br> Pa. I.D. No. 331812 <br> 11 Stanwix Street, Suite 1400 <br> Pittsburgh, PA 15222 <br> T: 412-275-2400 <br> F: 412-567-7564 <br> agestrich@whitefordlaw.com <br> vbesteman@whitefordlaw.com <br><br> *Counsel for Defendant* |